# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

**FILED**
JUL 29 2008
MAGISTRATE JUDGE SUSAN E. COX
UNITED STATES DISTRICT COURT

## AFFIDAVIT OF INDICTMENT IN REMOVAL PROCEEDINGS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NUMBER: 08 CR 603 |
| ) | |
| MARIO LEON TYSON (7) ) | |

The undersigned Affiant personally appeared before SUSAN E. COX, a United States Magistrate Judge, and being duly sworn on oath, states: That at the DISTRICT OF MINNESOTA, one MARIO LEON TYSON was charged in an indictment with knowingly and intentionally conspiring to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a controlled substance, and to distribute 50 grams or more of a mixture and substance containing a detectable amount of cocaine base ("crack"), in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846 in UNITED STATES v. MARIO LEON TYSON, ET AL., and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a Warrant for Arrest is outstanding for the arrest of said defendant (*see* Exhibit A - Warrant for Arrest).

Wherefore, Affiant prays that the defendant be dealt with according to law.

_____
BRIAN DUDA,
Special Agent
Federal Bureau of Investigtaion

29th day of July, 2008.

_____
SUSAN E. COX
United States Magistrate Judge

AUSA ANDREW S. BOUTROS

Bond set [or recommended] by issuing Court at_____

# EXHIBIT A

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

**SECRET**

**WARRANT FOR ARREST**

V.

CASE NUMBER: CR 08-232 MJD/AJB

Mario Leon Tyson (7)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest:   Mario Leon Tyson
                                       a/k/a -Moon

and bring him or her forthwith to the nearest Magistrate Judge to answer an Indictment charging him or her with:

Count 1 - Conspiracy, 21:841(a)(1), 841(b)(1) (A) and 846.

Ordered by:   Susan R. Nelson, United States District Court Magistrate Judge.

_____   July 22, 2008 at Minneapolis, MN
(By)   Kim Krulas, Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

Date Received: _____   Date of Arrest: _____

_____   _____
Name and Title of Arresting Officer   Signature of Arresting Officer

DC Modified 8/17/07