Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 603 - 1 | DATE | 7/29/2008 |
| CASE TITLE | USA vs. Mario Leon Tyson | | |

**DOCKET ENTRY TEXT**

Removal proceedings held. Defendant appears in response to arrest 7/29/08. Enter order appointing Rose Lindsay of the Federal Defender Program as counsel for Defendant. Defendant waives identity hearing. Government's oral motion for detention is granted. Defendant to remain in custody pending detention hearing set for 7/31/08 at 10:00 a.m.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | VKD |
|---|---|---|

2008 JUL 30 PM 5:38

FILED