# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT ☐ OTHER PANEL (Specify below)
IN THE CASE OF: **USA** vs. **TYSON**

FOR: AT **JUL 2 9 2008** MAGISTRATE JUDGE SUSAN E. COX UNITED STATES DISTRICT COURT

LOCATION NUMBER: 

PERSON REPRESENTED (Show your full name): **MARIO TYSON**

1. ☒ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

DOCKET NUMBERS
Magistrate: 
District Court: **08CR603**
Court of Appeals: 

CHARGE/OFFENSE (describe if applicable & check box →): ☒ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☒ Yes  ☐ No  ☐ Am Self Employed
- Name and address of employer: **Crew Cuts in Minnesota**
- IF YES, how much do you earn per month? $ **1,000**
- IF NO, give month and year of last employment. How much did you earn per month? $ ___
- If married is your Spouse employed? ☐ Yes  ☒ No
- IF YES, how much does your Spouse earn per month? $ ___
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

**CASH**
- Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No  IF YES, state total amount $ ___

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ☒ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 1
- List persons you actually support and your relationship to them:

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| Cable | $ | $ 100 |
| Cell | $ | $ 60 |
| Utilities | $ | $ 100 |
| child-related expenses | $ | $ 200 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **7-29-08**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *[signature]*