# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 603 - 1 | **DATE** | 7/31/2008 |
| **CASE TITLE** | USA vs. Mario Leon Tyson | | |

**DOCKET ENTRY TEXT**

Case called for detention hearing. Bond hearing held. Order defendant removed to the U.S. District Court for the District of Minnesota. Enter Order Setting Conditions of Release.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | VKD |
|---|---|---|