

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**　　　　　　　　　　　　　　　　　　　　　　　　　　　**OFFICE OF THE CLERK**
**CLERK**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(312) 435-5698**

August 7, 2008

District of Minnesota
Mr. Richard D. Sletten, Clerk
United States District Court
202 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415

　　　　　　　　　　　　　　　　Re: U.S.A.  -v-  Mario Leon Tyson
　　　　　　　　　　　　　　　　Case Number: 08 CR 603

Dear Clerk of Court:

Enclosed please find the certified copy of the docket entries in connection with removal proceedings conducted in this District regarding the above named defendant.

As of January 18, 2005 for civil and criminal cases, our court uses electronic case filing. You may access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet. You will need Adobe Acrobat reader loaded on your computer in order to view the documents. If you are an electronic court, you may upload the documents. All documents filed prior to electronic filing, as well as, any paper or sealed documents after 1/18/05 are included in this transfer package. (January 18, 2005 for civil and criminal cases)

Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET A PART OF THE OFFICIAL RECORD** as it contains your login and password to our system. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.

_X_  Docket Sheet　　　　　　　　　　　　　　_X_  Affidavit in Removal

_X_  Order setting conditions of release　　　　_X_  Appearance Bond

_X_  Financial Affidavit

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

　　　　　　　　　　　　　　　　　　　　Sincerely yours,

　　　　　　　　　　　　　　　　　　　　Michael W. Dobbins, Clerk

　　　　　　　　　　　　　　　　　　　　By: /s/ Marsha E. Glenn
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Enclosures

New Case No. _____   Date _____