

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604



MICHAEL W. DOBBINS
CLERK

OFFICE OF THE CLERK
(312) 435-5698

August 7, 2008

District of Minnesota
Mr. Richard D. Sletten, Clerk
United States District Court
202 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415

FILED
AUG 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RECEIVED BY MAIL
AUG 11 2008
CLERK US DIST COURT
MINNEAPOLIS MN

AUG 15 2008

Re: U.S.A. -v- Mario Leon Tyson
Case Number: 08 CR 603

Dear Clerk of Court:

Enclosed please find the certified copy of the docket entries in connection with removal proceedings conducted in this District regarding the above named defendant.

As of January 18, 2005 for civil and criminal cases, our court uses electronic case filing. You may access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet. You will need Adobe Acrobat reader loaded on your computer in order to view the documents. If you are an electronic court, you may upload the documents. All documents filed prior to electronic filing, as well as, any paper or sealed documents after 1/18/05 are included in this transfer package. (January 18, 2005 for civil and criminal cases)

Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET A PART OF THE OFFICIAL RECORD** as it contains your login and password to our system. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.

_X_ Docket Sheet                           _X_ Affidavit in Removal

_X_ Order setting conditions of release    _X_ Appearance Bond

_X_ Financial Affidavit

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

                Sincerely yours,

                Michael W. Dobbins, Clerk

                By: /s/ Marsha E. Glenn
                    Deputy Clerk

Enclosures

New Case No. CR 08-232(7) MJD/AJB    Date 8/11/08