

# FILED
AUG 18 2008   NF

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08cr603

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☒ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 8/11/08 |
| 1. Article Addressed to: 08 CR 603<br><br>District of Minnesota<br>Mr. Richard D. Sletten, Clerk<br>United States District Court<br>202 United States Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☒ No<br><br>08 CR 603<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0100 0001 7313 4856 |
| S Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |